IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-CR-00145-RJC-DCK

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TREVORIS ANTHONY HOPE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 8), the Information, (Doc. No. 1), without prejudice, following his being charged in an Indictment filed in Case No. 3:22-cr-211.

**IT IS ORDERED** that the Government's motion, (Doc. No. 8), is **GRANTED** and the Information, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: August 22, 2022

Robert J. Conrad, Jr.
United States District Judge